United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
William Amrhein  
Josephine Florence Amrhein  
    Debtors

Case No. 15-00060-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: DDunbar     Page 1 of 1     Date Rcvd: Oct 17, 2016  
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2016.
4652028     +U.S. Bank National Association, as Trustee,    Chase Records Center,    ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
       Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
       Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
       Vincent Rubino    on behalf of Joint Debtor Josephine Florence Amrhein epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com  
       Vincent Rubino    on behalf of Debtor William Amrhein epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com

       TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-00060-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| William Amrhein<br>PO Box 750<br>Effort PA 18330-0750 | Josephine Florence Amrhein<br>PO Box 750<br>Effort PA 18330-0750 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/14/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: U.S. Bank National Association, as Trustee, Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 | U.S. Bank, National Association, as Tru Serviced by Select Portfolio Servicing, 3815 South West Temple Salt Lake City, UT 84115 U.S. Bank, National Association, as Tru Serviced by Select Portfolio Servicing, |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/19/16                                       Terrence S. Miller
                                                       **CLERK OF THE COURT**