```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 15-00060-JJT
William Amrhein                                             Chapter 13
Josephine Florence Amrhein
        Debtors                CERTIFICATE OF NOTICE
District/off: 0314-5      User: AGarner         Page 1 of 1         Date Rcvd: Jan 19, 2018
                          Form ID: pdf010       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.
db/jdb          William Amrhein,    Josephine Florence Amrhein,    PO Box 750,    Effort, PA  18330-0750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 William  Amrhein jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor 2 Josephine Florence Amrhein jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association Et Al...
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 2 Josephine Florence Amrhein
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 1 William  Amrhein
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
              William E. Craig    on behalf of Creditor   AmeriCredit Financial Services dba GM Financial
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>WILLIAM AMRHEIN<br>JOSEPHINE FLORENCE AMRHEIN<br>**Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES,<br>INC. dba GM FINANCIAL<br>**Movant**<br><br>v.<br><br>WILLIAM AMRHEIN<br>JOSEPHINE FLORENCE AMRHEIN<br>**Respondent(s)**<br><br>CHARLES J. DEHART, III<br>**Trustee** | Case No.: 5:15-00060 (JJT)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362<br><br>**FILED IN LIEU OF MOTION** |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between AmeriCredit Financial Services, Inc. dba GM Financial, Debtors and the trustee, filed in lieu of a Motion For Stay Relief, and filed on or about January 18, 2018, in the above matter is APPROVED, and hereby made an Order of this Court.

Dated: January 19, 2018

By the Court,

*/s/ John J. Thomas*

John J. Thomas, Bankruptcy Judge     (RPR)

_____