# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

WILLIAM AMRHEIN  
JOSEPHINE FLORENCE AMRHEIN  
    Debtor(s)

Case No.: 5-15-00060-RNO  
Chapter 13

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**

Creditor Name:     SELECT PORTFOLIO SERVICING  
Court Claim Number:     04  
Last Four of Loan Number:     8963 - PRE-ARREARS - 248 Rinker Drive  
Property Address if applicable:     248 RINKER DRIVE, EFFORT, PA 18330

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:     $13,197.27  
b. Prepetition arrearages paid by the Trustee:     $13,197.27  
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):     $0.00  
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:     $0.00  
e. Allowed postpetition arrearage:     $0.00  
f. Postpetition arrearages paid by the Trustee:     $0.00  
g. Total b, d, f:     $13,197.27

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)  
Current Monthly Mortgage Payment: $0.00  
Next postpetition payment due:  
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  December 19, 2019                               Respectfully submitted,

                                          s/ Charles J. DeHart, III, Trustee
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  SELECT PORTFOLIO SERVICING
Court Claim Number:  04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 9002906 | 04/06/2016 | $375.83 | $0.00 | $375.83 |
| 5200 | 9002990 | 05/04/2016 | $274.41 | $0.00 | $274.41 |
| 5200 | 9003073 | 06/14/2016 | $411.62 | $0.00 | $411.62 |
| 5200 | 9003154 | 07/07/2016 | $137.21 | $0.00 | $137.21 |
| 5200 | 9003233 | 08/04/2016 | $274.41 | $0.00 | $274.41 |
| 5200 | 9003314 | 09/01/2016 | $276.16 | $0.00 | $276.16 |
| 5200 | 9003394 | 10/05/2016 | $416.86 | $0.00 | $416.86 |
| 5200 | 1158272 | 11/02/2016 | $275.58 | $0.00 | $275.58 |
| 5200 | 1159898 | 12/06/2016 | $273.24 | $0.00 | $273.24 |
| 5200 | 1161472 | 01/12/2017 | $409.88 | $0.00 | $409.88 |
| 5200 | 1162981 | 02/08/2017 | $273.25 | $0.00 | $273.25 |
| 5200 | 1164524 | 03/09/2017 | $273.24 | $0.00 | $273.24 |
| 5200 | 1166169 | 04/12/2017 | $273.25 | $0.00 | $273.25 |
| 5200 | 1167698 | 05/11/2017 | $273.25 | $0.00 | $273.25 |
| 5200 | 1169299 | 06/13/2017 | $409.88 | $0.00 | $409.88 |
| 5200 | 1170672 | 07/06/2017 | $273.24 | $0.00 | $273.24 |
| 5200 | 1172190 | 08/10/2017 | $273.25 | $0.00 | $273.25 |
| 5200 | 1173719 | 09/19/2017 | $409.88 | $0.00 | $409.88 |
| 5200 | 1174958 | 10/11/2017 | $273.25 | $0.00 | $273.25 |
| 5200 | 1176300 | 11/08/2017 | $272.08 | $0.00 | $272.08 |
| 5200 | 1177686 | 12/05/2017 | $272.09 | $0.00 | $272.09 |
| 5200 | 1179122 | 01/11/2018 | $272.08 | $0.00 | $272.08 |
| 5200 | 1180484 | 02/08/2018 | $272.09 | $0.00 | $272.09 |
| 5200 | 1181846 | 03/08/2018 | $272.08 | $0.00 | $272.08 |
| 5200 | 1183227 | 04/03/2018 | $272.09 | $0.00 | $272.09 |
| 5200 | 1186362 | 05/15/2018 | $408.13 | $0.00 | $408.13 |
| 5200 | 1187607 | 06/07/2018 | $272.08 | $0.00 | $272.08 |
| 5200 | 1189043 | 07/12/2018 | $272.08 | $0.00 | $272.08 |
| 5200 | 1190398 | 08/09/2018 | $272.08 | $0.00 | $272.08 |
| 5200 | 1191696 | 09/06/2018 | $272.08 | $0.00 | $272.08 |
| 5200 | 1193060 | 10/10/2018 | $408.12 | $0.00 | $408.12 |
| 5200 | 1194407 | 11/08/2018 | $270.92 | $0.00 | $270.92 |
| 5200 | 1195819 | 12/13/2018 | $270.92 | $0.00 | $270.92 |
| 5200 | 1197184 | 01/10/2019 | $270.93 | $0.00 | $270.93 |
| 5200 | 1198267 | 02/07/2019 | $270.92 | $0.00 | $270.92 |
| 5200 | 1199554 | 03/12/2019 | $21.89 | $0.00 | $21.89 |
| 5200 | 1200943 | 04/11/2019 | $655.41 | $0.00 | $655.41 |
| 5200 | 1202263 | 05/09/2019 | $270.92 | $0.00 | $270.92 |
| 5200 | 1203579 | 06/06/2019 | $270.92 | $0.00 | $270.92 |
| 5200 | 1204983 | 07/11/2019 | $270.92 | $0.00 | $270.92 |
| 5200 | 1206327 | 08/07/2019 | $270.92 | $0.00 | $270.92 |
| 5200 | 1207837 | 09/26/2019 | $548.25 | $0.00 | $548.25 |
| 5200 | 1208878 | 10/10/2019 | $141.86 | $0.00 | $141.86 |
| 5200 | 1210073 | 11/07/2019 | $267.72 | $0.00 | $267.72 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

WILLIAM AMRHEIN  Case No.: 5-15-00060-RNO
JOSEPHINE FLORENCE AMRHEIN  Chapter 13
  Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 19, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

VINCENT RUBINO, ESQUIRE  SERVED ELECTRONICALLY
712 MONROE STREET
P.O. BOX 511
STROUDSBURG PA, 18360-0511

CHASE RECORDS CENTER  SERVED BY 1ST CLASS MAIL
ATTN: CORRESPONDENCE MAIL/MAIL CODE LA4-5555
700 KANSAS LANE
MONROE, LA, 71203

WILLIAM AMRHEIN  SERVED BY 1ST CLASS MAIL
JOSEPHINE FLORENCE AMRHEIN
PO BOX 750
EFFORT, PA 18330-0750

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 19, 2019  s/ Donna Schott
 Charles J. DeHart, III, Trustee
 Standing Chapter 13 Trustee
 Suite A, 8125 Adams Drive
 Hummelstown, PA 17036
 Phone: (717) 566-6097
 Fax: (717) 566-8313
 eMail: dehartstaff@pamd13trustee.com