```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-00060-RNO
William Amrhein                                                     Chapter 13
Josephine Florence Amrhein
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: Christina              Page 1 of 1              Date Rcvd: Dec 27, 2019
                               Form ID: pdf010              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.
              Supreme Court of New York,   Attn Payroll Dept,   OCA Payroll Operations,
         4 Empire State Plaza Ste 2001,   Albany, NY 12223-1450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 2 Josephine Florence Amrhein zac@fisherchristman.com,
               office@fisherchristman.com
              J. Zac Christman    on behalf of Debtor 1 William  Amrhein zac@fisherchristman.com,
               office@fisherchristman.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2004-HE2, Asset-Backed Certificates, Series 2004-HE2
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association Et Al...
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association Et Al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 2 Josephine Florence Amrhein
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 1 William  Amrhein
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              William E. Craig    on behalf of Creditor   AmeriCredit Financial Services dba GM Financial
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM AMRHEIN, : CASE NO. 5:15-00060
and JOSEPHINE F. AMRHEIN,
aka JOSEPHINE FLORENCE AMRHEIN, : CHAPTER 13
aka JOSEPHINE AMRHEIN,
aka JOSEPHINE F. BOSCIA, :
aka JOSEPHINE FLORENCE BOSCIA,

              Debtors. :

ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment Order, it is hereby

ORDERED and DECREED that said Motion is hereby granted and the Wage Attachment Order entered in the herein case on January 15, 2015 is hereby terminated.

Dated: December 27, 2019      By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)